IN RE R.G.

**[Cite as *In re R.G.*, 120 Ohio St.3d 359, 2008-Ohio-6694.]**

*Discretionary appeal accepted and judgment of the court of appeals reversed on the authority of In re T.R.*

(No. 2008-1474 — Submitted November 18, 2008 — Decided December 24, 2008.)

APPEAL from the Court of Appeals for Montgomery County, No. 22482, 2008-Ohio-2895.

_____

{¶ 1}   The discretionary appeal is accepted.

{¶ 2}   The judgment of the court of appeals is reversed on the authority of *In re T.R.*, 120 Ohio St.3d 136, 2008-Ohio-5219, 896 N.E.2d 1003.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur.

O'DONNELL, J., would accept the appeal but remand the cause for consideration of *In re T.R.*

_____

Mathias H. Heck Jr., Montgomery County Prosecuting Attorney, and Jill R. Sink, Assistant Prosecuting Attorney, for appellant, Montgomery County Children Services.

_____